THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN TRUST COMPANY, as Trustee, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [330–340 W. 38th St., Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessments of the Tax Commission of the City of New York confirmed on the ground that the evidence supports the values fixed by the Tax Commission. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

MORRIS POLLACK, Appellant, v. DAVID M. GOODSTEIN, INC., Respondent.— Judgment unanimously reversed, with costs, and order modified by denying defendant's motion for summary judgment and as so modified affirmed, on the ground that there are issues of fact to be tried. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post,* p. 1016.]

DAVID S. SPECTOR, Individually and as Assignee of and Successor to SHIRLEY COMPANY, LTD., Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Defendant, and AMEREX HOLDING CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

GEORGE S. WALLACE, Appellant, v. IRVING SALTZMAN, Copartners Trading under the Name and Style of PREMIER KNITTING CO., Respondents.— This is a simple employment contract and plaintiff is entitled to have his claim passed upon by a jury in accordance with his demand for jury trial and defendants may not defeat his right by claiming that each item is subject to challenge. This is a situation which should be disposed of on examination before trial. Order unanimously reversed, with $20 costs and disbursements, and the motion denied. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

LORA B. JEROSCH, Respondent, v. CHARLES G. JEROSCH, Appellant.— Order unanimously modified by eliminating the provision for the payment of $250 for the account of Roderigue Bertol to compensate him for services to be rendered as an expert on French law on behalf of the plaintiff, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

HERMAN ALLHUSEN, Appellant, v. HERBERT C. HELLER & COMPANY, INC., Respondent.— Order, so far as appealed from, affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Peck, J., dissents and votes to reverse and grant plaintiff's cross motion with leave to defendant to open its default.

JOSEPH SNITMAN, Appellant, v. HUDSON TRANSIT LINES, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

JANE E. GANCHER, Respondent, v. LOUIS GANCHER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.